| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Levy, Jon D. | 2. Court or Organization<br><br>U.S. District Court, Maine | 3. Date of Report<br><br>06/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>156 Federal Street<br>Portland, Maine 04101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | XXX Street Condominium Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Matthew Bender & Co., book royalties | $561.27 |
| 2. 2018 | Maine Public Employees Retirement System | $60,302.24 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | _____, LLC, Self-employed Psychologist (self-employment income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 4, 2018 - May 8, 2018 | Washington DC | Ninth Quadrennial Conference | Paid Travel, hotel, and parking expenses |
| 2. | Freedom Forum Institute | November 14, 2018 - November 15, 2018 | Boston Massachusetts | 2018 Justice and Journalism | Paid Travel and hotel. Provided meals. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Gorham Savings Bank | Mortgage on Property, Portland, Maine | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fidelity Blue Chip Growth | A | Dividend | K | T | Buy | 12/26/18 | K | | |
| 2. LSV Small Cap Value Fund Institutional | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 3. American Capital Income Builder | A | Dividend | K | T | Sold<br>(part) | 11/01/18 | K | C | |
| 4. American Capital World Growth and Income | A | Dividend | K | T | Sold<br>(part) | 11/01/18 | K | D | |
| 5. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 6. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 7. American Europacific Growth Fund | B | Dividend | K | T | | | | | |
| 8. The Growth Fund of America | D | Dividend | K | T | Sold<br>(part) | 12/26/18 | J | A | |
| 9. JP Morgan Mid Cap Value Fund | | None | | | Buy | 11/01/18 | J | | |
| 10. | | | | | Sold | 12/10/18 | J | A | |
| 11. Flex Shares Trust Morningstar Global | | None | | | Buy | 11/02/18 | J | | |
| 12. | | | | | Sold | 12/11/18 | J | A | |
| 13. American Growth Fund of America | A | Dividend | | | Sold | 11/01/18 | J | A | |
| 14. Oakmark Fund Investor Class | | None | | | Buy | 11/01/18 | L | | |
| 15. | | | | | Sold | 12/10/18 | L | A | |
| 16. American International Growth and Income | | None | | | Sold | 11/01/18 | L | A | |
| 17. JP Morgan US Lg Cap Core Plus | A | Dividend | J | T | Buy | 12/26/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Loomis Sayles Growth CL Y | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 19. American New World Fund | B | Dividend | K | T | Sold (part) | 12/26/18 | J | | |
| 20. T Rowe Price New ERA | B | Dividend | J | T | Buy | 12/26/18 | J | | |
| 21. Victory Munder VRCTY Small Cap Value | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 22. Strategic Adv Tax Sensitive Short Dura | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 23. | | | | | Sold (part) | 12/26/18 | J | A | |
| 24. Fidelity SAI Tax Free Bond Fund | A | Dividend | K | T | Buy | 11/01/18 | K | | |
| 25. | | | | | Buy (add'l) | 12/02/18 | J | | |
| 26. Blackrock National Muni Fund | A | Dividend | K | T | Buy | 11/01/18 | K | | |
| 27. Western Asset Managed Muni | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 28. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 29. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 30. T-Rowe Price Tax Free High Yield | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 31. | | | | | Sold (part) | 12/26/18 | J | A | |
| 32. Templeton Global Fund Class A | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 33. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 34. Wells Fargo Muni Bond Fund | A | Dividend | J | T | Buy | 11/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 36. Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 37. IShares Core S & P 500 ETF | A | Dividend | K | T | Buy | 11/02/18 | K | | |
| 38. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 39. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 40. IShares Russel Midcap Growth | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 41. IShares S & P Mid Cap 400 Growth | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 42. IShares Russell 1000 Growth ETF | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 43. | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 44. IShares S & P Midcap 400 Value | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 45. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 46. IShares TR S & P Small Cap 600 Growth | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 47. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 48. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 49. IShares Edge MSCI USA Quality | A | Dividend | K | T | Buy | 11/02/18 | K | | |
| 50. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 51. IShares Edge MSCI USA Value Factor | A | Dividend | K | T | Buy | 12/13/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Index Shs FDS S & P Global Nat Res | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 53. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 54. Fidelity Large Cap Stock | | None | | | Buy | 11/01/18 | J | | |
| 55. | | | | | Sold | 12/10/18 | J | | |
| 56. Fidelity Growth Company | | None | | | Buy | 11/01/18 | K | | |
| 57. | | | | | Sold | 12/10/18 | K | | |
| 58. Fidelity Value Discovery | A | Dividend | K | T | Buy | 11/01/18 | J | | |
| 59. | | | | | Buy (add'l) | 12/10/18 | K | | |
| 60. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 61. LSV Value Equity Fund Investor | | None | | | Buy | 11/01/18 | K | | |
| 62. | | | | | Sold | 12/12/18 | K | A | |
| 63. American Short Term Tax-Exempt Bond | A | Dividend | | | Sold | 11/01/18 | L | B | |
| 64. Bed Bath & Beyond | | None | | | Sold | 11/02/18 | J | A | |
| 65. IShares MSCI Emerging Markets ETF | | None | | | Buy | 11/02/18 | J | | |
| 66. | | | | | Sold | 12/13/18 | J | A | |
| 67. IShares S & P Small Cap 600 Value | | None | | | Buy | 11/02/18 | J | | |
| 68. | | | | | Sold | 12/11/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Janus Henderson Enterprise T | | None | | | Buy | 11/01/18 | J | | |
| 70. | | | | | Sold | 12/12/18 | J | A | |
| 71. Thornburg Ltd Term Muni Fund | A | Dividend | | | Sold | 11/01/18 | K | A | |
| 72. Transamerica International Equity | | None | | | Buy | 11/01/18 | J | | |
| 73. | | | | | Sold | 12/10/18 | J | A | |
| 74. Fidelity Government Money Market | A | Dividend | K | T | Buy | 04/30/18 | J | | |
| 75. Fidelity Investments IRA #1: | | | | | | | | | |
| 76. Fidelity International Enhanced Index Fund | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 77. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 78. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 79. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 80. | | | J | T | Sold (part) | 12/31/18 | J | A | |
| 81. Fidelity SAI US Value Index Fund | A | Dividend | K | T | Buy | 05/29/18 | K | | |
| 82. | | | | | Sold (part) | 06/29/18 | J | | |
| 83. | | | | | Sold (part) | 09/07/18 | J | | |
| 84. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 85. | | | | | Buy (add'l) | 12/12/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 87. Fidelity SAI US Momentum Index Fund | A | Dividend | K | T | Buy | 05/29/18 | K | | |
| 88. | | | | | Sold (part) | 06/29/18 | J | A | |
| 89. | | | | | Sold (part) | 09/07/18 | J | A | |
| 90. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 91. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 92. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 93. Fidelity SAI US Large Cap Index | C | Dividend | M | T | Buy | 05/29/18 | M | | |
| 94. | | | | | Sold (part) | 06/29/18 | J | A | |
| 95. | | | | | Sold (part) | 07/13/18 | J | A | |
| 96. | | | | | Sold (part) | 09/07/18 | J | A | |
| 97. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 98. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 99. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 100. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 101. Fidelity SAI International Index | C | Dividend | L | T | Buy | 05/29/18 | L | | |
| 102. | | | | | Sold (part) | 06/29/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/13/18 | J | A | |
| 104. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 105. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 106. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 107. | | | | | Sold (part) | 12/31/18 | J | A | |
| 108. Fidelity SAI Emerg Markets Index | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 109. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 110. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 111. | | | | | Sold (part) | 12/12/18 | J | A | |
| 112. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 113. | | | | | Sold (part) | 12/31/18 | J | A | |
| 114. Fidelity SAI Quality Index | A | Dividend | K | T | Buy | 05/29/18 | J | | |
| 115. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 116. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 117. | | | | | Sold (part) | 12/12/18 | J | A | |
| 118. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 119. | | | | | Sold (part) | 12/31/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Fidelity SAI Small Midcap 500 Index | A | Dividend | K | T | Buy | 05/29/18 | K | | |
| 121. | | | | | Sold<br>(part) | 06/29/18 | J | A | |
| 122. | | | | | Sold<br>(part) | 07/13/18 | J | A | |
| 123. | | | | | Sold<br>(part) | 09/07/18 | J | A | |
| 124. | | | | | Buy<br>(add'l) | 09/18/18 | J | | |
| 125. | | | | | Sold<br>(part) | 12/12/18 | J | A | |
| 126. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 127.  Fidelity Strategic Income Fund | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 128. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 129. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 130.  Fidelity U.S. Bond Index Instl Premium | B | Dividend | L | T | Buy | 05/29/18 | L | | |
| 131. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 132. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 133. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |
| 134. | | | | | Sold<br>(part) | 10/17/18 | J | A | |
| 135. | | | | | Buy<br>(add'l) | 12/12/18 | J | | |
| 136. | | | | | Sold<br>(part) | 12/31/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Conservative Income Bond Fund | B | Dividend | K | T | Buy | 05/29/18 | J | | |
| 138. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 139. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 140. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 141. | | | | | Sold (part) | 10/17/18 | J | | |
| 142. | | | | | Sold (part) | 12/12/18 | J | A | |
| 143. | | | | | Sold (part) | 12/31/18 | J | A | |
| 144. Strategic Advisers Short Duration Fund | A | Dividend | | | Buy | 05/29/18 | K | | |
| 145. | | | | | Sold (part) | 06/29/18 | J | A | |
| 146. | | | | | Sold | 07/13/18 | J | A | |
| 147. Strategic Advisers Income Opporunity | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 148. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 149. | | | | | Sold (part) | 12/12/18 | J | A | |
| 150. Fidelity Inflat-Prot Bd Index Instl Prem | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 151. Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 152. AQR Management Futures Fund | A | Dividend | | | Buy | 05/29/18 | J | | |
| 153. | | | | | Sold | 06/29/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Doubleline Total RT Bond Fund | A | Dividend | | | Buy | 05/29/18 | J | | |
| 155. | | | | | Sold<br>(part) | 06/29/18 | J | A | |
| 156. | | | | | Sold | 07/13/18 | J | A | |
| 157.  IShares Tips Bond ETF | A | Dividend | | | Buy | 05/30/18 | J | | |
| 158. | | | | | Sold | 07/02/18 | J | A | |
| 159.  IShares IBoxx Investment Grade | A | Dividend | | | Buy | 05/30/18 | J | | |
| 160. | | | | | Sold | 05/30/18 | J | A | |
| 161.  IShares Core S & P Small Cap ETF | A | Dividend | K | T | Buy | 05/30/18 | K | | |
| 162. | | | | | Sold<br>(part) | 07/02/18 | K | A | |
| 163.  IShares TR EAFE SML CP ETF | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 164. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 165.  IShares TR EAFE Growth ETF | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 166.  IShares Inc Core MSCI Emerging MKTS | A | Dividend | K | T | Buy | 05/30/18 | K | | |
| 167. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 168. | | | | | Buy<br>(add'l) | 09/10/18 | J | | |
| 169. | | | | | Sold<br>(part) | 12/13/18 | J | A | |
| 170.  Select Sector SPDR TR Energy | A | Dividend | J | T | Buy | 05/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 172. | | | | | Buy<br>(add'l) | 09/10/18 | J | | |
| 173. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 174.   Fidelity Investments IRA #2: | | | | | | | | | |
| 175.   Fidelity International Enhanced Index | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 176. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 177. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |
| 178. | | | | | Buy<br>(add'l) | 12/12/18 | J | | |
| 179. | | | | | Sold<br>(part) | 11/27/18 | J | A | |
| 180.   Fidelity SAI US Value Index | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 181. | | | | | Sold<br>(part) | 06/29/18 | J | A | |
| 182. | | | | | Sold<br>(part) | 09/07/18 | J | A | |
| 183. | | | | | Buy | 09/18/18 | J | | |
| 184. | | | | | Sold | 11/27/18 | J | A | |
| 185. | | | | | Buy<br>(add'l) | 12/12/18 | J | | |
| 186. | | | | | Buy | 12/31/18 | J | | |
| 187.   Fidelity SAI US Momentum Index | A | Dividend | J | T | Buy | 05/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold (part) | 06/29/18 | J | A | |
| 189. | | | | | Sold (part) | 09/07/18 | J | A | |
| 190. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 191. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 192. | | | | | Sold (part) | 11/27/18 | J | A | |
| 193. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 194. Fidelity SAI US Large Cap Index | A | Dividend | K | T | Buy | 05/29/18 | K | | |
| 195. | | | | | Sold (part) | 06/29/18 | J | A | |
| 196. | | | | | Sold (part) | 07/13/18 | J | A | |
| 197. | | | | | Sold (part) | 09/07/18 | J | A | |
| 198. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 199. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 200. | | | | | Sold (part) | 11/27/18 | J | A | |
| 201. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 202. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 203. Fidelity SAI International Index | A | Dividend | K | T | Buy | 05/29/18 | K | | |
| 204. | | | | | Sold (part) | 06/29/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 32

Name of Person Reporting

Levy, Jon D.

Date of Report

06/12/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold (part) | 07/13/18 | J | A | |
| 206. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 207. | | | | | Sold (part) | 11/27/18 | J | A | |
| 208. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 209. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 210. | | | | | Sold (part) | 12/31/18 | J | A | |
| 211. Fidelity SAI Emerg Markets Index | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 212. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 213. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 214. | | | | | Sold (part) | 11/27/18 | J | A | |
| 215. | | | | | Sold (part) | 12/12/18 | J | A | |
| 216. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 217. | | | | | Sold (part) | 12/31/18 | J | A | |
| 218. Fidelity SAI US Quality Index | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 219. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 220. | | | | | Sold (part) | 07/13/18 | J | A | |
| 221. | | | | | Sold (part) | 09/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 223. | | | | | Sold (part) | 11/27/18 | J | | |
| 224. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 225. FID SAI Small Mid Cap 500 Index Fund | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 226. | | | | | Sold (part) | 06/29/18 | J | A | |
| 227. | | | | | Sold (part) | 07/13/18 | J | A | |
| 228. | | | | | Sold (part) | 09/07/18 | J | A | |
| 229. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 230. | | | | | Sold (part) | 11/27/18 | J | A | |
| 231. | | | | | Sold (part) | 12/12/18 | J | A | |
| 232. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 233. Fidelity Strategic Income Fund | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 234. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 235. | | | | | Sold (part) | 11/27/18 | J | A | |
| 236. Fidelity US Bond Index Fund | A | Dividend | K | T | Buy | 05/29/18 | J | | |
| 237. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 238. | | | | | Buy (add'l) | 07/13/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,000 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 240. | | | | | Sold (part) | 10/11/18 | J | A | |
| 241. | | | | | Sold (part) | 11/27/18 | J | A | |
| 242. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 243. | | | | | Sold (part) | 12/31/18 | J | A | |
| 244. Fidelity Conservative Income Bond Fund | A | Dividend | J | T | Buy | 05/29/18 | J | | |
| 245. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 246. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 247. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 248. | | | | | Sold (part) | 10/17/18 | J | A | |
| 249. | | | | | Sold (part) | 11/27/18 | J | A | |
| 250. | | | | | Sold (part) | 12/12/18 | J | A | |
| 251. | | | | | Sold (part) | 12/31/18 | J | A | |
| 252. Strategic Advisers Short Duration Fund | A | Dividend | | | Buy | 05/29/18 | J | | |
| 253. | | | | | Sold (part) | 06/29/18 | J | A | |
| 254. | | | | | Sold | 07/13/18 | J | A | |
| 255. Strategic Advisers Income Opportunity | A | Dividend | J | T | Buy | 05/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 257. | | | | | Sold (part) | 11/27/18 | J | A | |
| 258.  Fidelity Inflat Prot Bond | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 259. | | | | | Sold (part) | 12/12/18 | J | A | |
| 260. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 261.  Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 262.  AQR Managed Futures Fund | A | Dividend | | | Buy | 05/29/18 | J | | |
| 263. | | | | | Sold | 06/29/18 | J | A | |
| 264.  Doubleline Total RT Bond Fund | A | Dividend | | | Buy | 05/29/18 | J | | |
| 265. | | | | | Sold (part) | 06/29/18 | J | A | |
| 266. | | | | | Sold | 07/13/18 | J | A | |
| 267.  IShares Tips Bond ETF | A | Dividend | | | Buy | 05/30/18 | J | | |
| 268. | | | | | Sold | 07/02/18 | J | A | |
| 269.  IShares IBOXX Investment Grade | A | Dividend | | | Buy | 05/30/18 | J | | |
| 270. | | | | | Sold | 07/02/18 | J | A | |
| 271.  IShares Core S & P Small-Cap ETF | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 272. | | | | | Sold (part) | 07/02/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 09/10/18 | J | A | |
| 274. | | | | | Sold (part) | 11/28/18 | J | A | |
| 275. | | | | | Buy | 12/13/18 | J | | |
| 276.  IShares TR EAFE SML CP ETF | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 277. | | | | | Buy | 07/02/18 | J | | |
| 278. | | | | | Sold (part) | 11/28/18 | J | A | |
| 279. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 280.  IShares TR EAFE Growth ETF | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 281.  IShares Inc Core MSCI Emerging Markets | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 282. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 283. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 284. | | | | | Sold (part) | 11/28/18 | J | A | |
| 285. | | | | | Sold (part) | 12/13/18 | J | A | |
| 286.  Select Sector SPDR TR Energy | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 287. | | | | | Sold (part) | 07/02/18 | J | A | |
| 288. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 289. | | | | | Sold (part) | 11/28/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 291. Fidelity IRA #3: | | | | | | | | | |
| 292. Fidelity Government Money Market | A | Dividend | J | T | | | | | |
| 293. Fidelity IRA #4: | | | | | | | | | |
| 294. Fidelity International Enhanced Index Fund | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 295. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 296. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 297. Fidelity SAI US Value Index Fund | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 298. | | | | | Sold (part) | 06/28/18 | J | A | |
| 299. | | | | | Sold (part) | 09/07/18 | J | A | |
| 300. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 301. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 302. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 303. Fidelity SAI US Momentum Index Fund | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 304. | | | | | Sold (part) | 06/08/18 | J | A | |
| 305. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 306. | | | | | Sold (part) | 09/07/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 308. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 309. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 310. Fidelity SAI US Large Cap Index | B | Dividend | L | T | Buy | 05/31/18 | L | | |
| 311. | | | | | Sold (part) | 06/08/18 | J | A | |
| 312. | | | | | Sold (part) | 06/20/18 | J | A | |
| 313. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 314. | | | | | Sold (part) | 09/07/18 | J | A | |
| 315. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 316. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 317. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 318. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 319. Fidelity SAI International Index | B | Dividend | K | T | Buy | 05/31/18 | K | | |
| 320. | | | | | Sold (part) | 06/08/18 | J | A | |
| 321. | | | | | Sold (part) | 06/20/18 | J | A | |
| 322. | | | | | Sold (part) | 06/28/18 | J | A | |
| 323. | | | | | Buy (add'l) | 09/07/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 325. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 326. | | | | | Sold (part) | 12/31/18 | J | A | |
| 327.   Fidelity SAI Emerg Markets Index | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 328. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 329. | | | | | Sold (part) | 06/28/18 | J | A | |
| 330. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 331. | | | | | Sold (part) | 12/12/18 | J | A | |
| 332. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 333. | | | | | Sold (part) | 12/31/18 | J | A | |
| 334.   Fidelity SAI US Quality Index | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 335. | | | | | Sold (part) | 06/08/18 | J | A | |
| 336. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 337. | | | | | Sold (part) | 09/07/18 | J | A | |
| 338. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 339. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 340.   Fidelity SAI Small Mid Cap 500 Index | B | Dividend | K | T | Buy | 05/31/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 06/08/18 | J | A | |
| 342. | | | | | Sold (part) | 09/07/18 | J | A | |
| 343. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 344. | | | | | Sold (part) | 12/12/18 | J | A | |
| 345. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 346.  Fidelity Strategic Income Fund | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 347. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 348. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 349. | | | | | Sold (part) | 12/31/18 | J | A | |
| 350.  Fidelity US Bond Index Fund | B | Dividend | L | T | Buy | 05/31/18 | L | | |
| 351. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 352. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 353. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 354. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 355. | | | | | Sold (part) | 10/17/18 | J | A | |
| 356. | | | | | Sold (part) | 12/12/18 | J | A | |
| 357. | | | | | Sold (part) | 12/31/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Fidelity Conservative Income Bond Fund | A | Dividend | K | T | Buy | 05/31/18 | J | | |
| 359. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 360. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 361. | | | | | Sold (part) | 06/28/18 | J | A | |
| 362. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 363. | | | | | Sold (part) | 10/17/18 | J | A | |
| 364. | | | | | Sold (part) | 12/12/18 | J | A | |
| 365. | | | | | Sold (part) | 12/31/18 | J | A | |
| 366. Strategic Advisers Income Opportunities | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 367. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 368. | | | | | Sold (part) | 06/20/18 | J | A | |
| 369. Strategic Advisers Short Duration Fund | A | Dividend | | | Buy | 05/31/18 | J | | |
| 370. | | | | | Sold (part) | 06/08/18 | J | A | |
| 371. | | | | | Sold | 06/20/18 | J | A | |
| 372. Fidelity Inflat Prot Bond Index | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 373. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 374. | | | | | Buy (add'l) | 09/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 32

**Name of Person Reporting**

Levy, Jon D.

**Date of Report**

06/12/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Sold<br>(part) | 12/12/18 | J | A | |
| 376. Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 377. Ishares Core S & P Small-Cap E | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 378. | | | | | Sold<br>(part) | 06/11/18 | J | A | |
| 379. | | | | | Sold<br>(part) | 06/29/18 | J | A | |
| 380. | | | | | Sold<br>(part) | 09/10/18 | J | A | |
| 381. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 382. IShares TR EAFE SML CP ETF | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 383. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 384. IShares TR EAFE Growth ETF | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 385. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 386. IShares Inc Core MSCI Emgerging Mkts | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 387. | | | | | Buy<br>(add'l) | 06/11/18 | J | | |
| 388. | | | | | Buy<br>(add'l) | 06/21/18 | J | | |
| 389. | | | | | Sold<br>(part) | 06/29/18 | J | A | |
| 390. | | | | | Buy<br>(add'l) | 09/10/18 | J | | |
| 391. | | | | | Sold<br>(part) | 12/13/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Select Sector SPDR TR Energy | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 393. | | | | | Sold (part) | 06/11/18 | J | A | |
| 394. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 395. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 396. Other Investments: | | | | | | | | | |
| 397. AQR Managed Futures Fund | A | Dividend | | | Buy | 05/31/18 | J | | |
| 398. | | | | | Sold | 06/08/18 | J | A | |
| 399. Doubleline Total RT Bond Fund | A | Dividend | | | Buy | 05/31/18 | J | | |
| 400. | | | | | Sold (part) | 06/08/18 | J | A | |
| 401. | | | | | Sold | 06/20/18 | J | A | |
| 402. IShares Tips Bond ETF | A | Dividend | | | Buy | 06/01/18 | J | | |
| 403. | | | | | Sold (part) | 06/11/18 | J | A | |
| 404. | | | | | Sold | 06/21/18 | J | A | |
| 405. IShares IBOXX Investment Grade | A | Dividend | | | Buy | 06/01/18 | J | | |
| 406. | | | | | Sold | 06/11/18 | J | | |
| 407. Metropolitan West Total Return | A | Dividend | | | Sold | 05/31/18 | L | A | |
| 408. PIMCO All Asset Inst Class | A | Dividend | | | Sold | 05/31/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  Wells Fargo Absolute Return Inst | A | Dividend | | | Sold | 05/31/18 | K | A | |
| 410.  TD Bank Checking Account | | None | J | T | | | | | |
| 411.  Wells Fargo Cash Account | A | Interest | | | Sold | 05/31/18 | J | A | |
| 412.  US Government Series E Bonds | | None | J | W | | | | | |
| 413.  US Government Series EE Bonds | | None | J | W | | | | | |
| 414.  Pruco Life Insurance Co. of New Jersey Fixed Rate Annuity | B | Dividend | K | T | | | | | |
| 415.  Baml of America Checking Account | | None | J | T | | | | | |
| 416.  Gorham Savings Bank | A | Interest | J | T | | | | | |
| 417.  Thornberg Investment Trust Limited Term Municipal Fund | A | Dividend | K | T | | | | | |
| 418.  Wells Fargo Advisor IRA #1: | | | | | | | | | |
| 419.  American Funds Capital World Bond Fund | A | Dividend | | | Sold | 05/02/18 | J | A | |
| 420.  American Funds Income Fund of America | A | Dividend | | | Sold | 05/02/18 | K | C | |
| 421.  American Funds Capital Income Builder | B | Dividend | | | Sold | 05/02/18 | J | A | |
| 422.  Vanguard Fixed Income Securities ShortTerm | A | Dividend | | | Sold | 05/02/18 | K | A | |
| 423.  Wells Fargo Advisor IRA #2: | | | | | | | | | |
| 424.  American Funds Capital World Bond Fund | A | Dividend | | | Sold | 05/02/18 | K | A | |
| 425.  Short Term Bond Fund America | A | Dividend | | | Sold | 05/02/18 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. Metropolitan West Funds Total Return Bond Fund | B | Dividend | | | Sold | 05/29/18 | L | A | |
| 427. American Funds Capital Income Builder | C | Dividend | | | Sold | 05/02/18 | K | C | |
| 428. Vanguard Fixed Income Securities Short Term | B | Dividend | | | Sold | 05/02/18 | K | B | |
| 429. Wells Fargo Absolute Return Fund | A | Dividend | | | Sold | 05/29/18 | L | B | |
| 430. Short Term Bond Fund American Funds | A | Dividend | | | Sold | 05/02/18 | J | A | |
| 431. American Capital World Bond Fund | A | Dividend | | | Sold | 05/02/18 | J | B | |
| 432. American Funds Income Fund of America | A | Dividend | | | Sold | 05/02/18 | K | B | |
| 433. Americna Funds Capital Income Builder | B | Dividend | | | Sold | 05/02/18 | J | A | |
| 434. Vanguard Fixed Income Securities Short Term | A | Dividend | | | Sold | 05/02/18 | J | A | |
| 435. Wells Fargo Advisor IRA #4: | | | | | | | | | |
| 436. American Funds Capital World Bond Fund | A | Dividend | | | Sold | 05/02/18 | J | A | |
| 437. American Funds Global Balanced Fund | A | Dividend | | | Sold | 05/02/18 | J | A | |
| 438. American Funds Capital Income Builder | A | Dividend | | | Sold | 05/02/18 | J | A | |
| 439. Vanguard Fixed Income Securities Short Term | A | Dividend | | | Sold | 05/02/18 | J | A | |
| 440. Fkln Mutual Glo Dist | B | Dividend | | | Sold | 05/16/18 | K | D | |
| 441. Nuveen NWQ SC Value | B | Dividend | | | Sold | 05/16/18 | K | D | |
| 442. SS MC Ind NL Ser | A | Dividend | | | Sold | 05/16/18 | K | D | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. AF Growth Fund Amer | B | Dividend | | | Sold | 05/16/18 | K | D | |
| 444. SS S & P 500 Ind SL | C | Dividend | | | Sold | 05/16/18 | L | E | |
| 445. Htfd Tot Ret Bond HLS | A | Dividend | | | Sold | 05/16/18 | J | A | |
| 446. | | | | | | | | | |
| 447. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IV. REIMBURSEMENTS:

5/12/19 – I have filed an amended 2018 Financial Disclosure Report because I reported on my non-case travel report that I attended the 2018 Justice and Journalism Program in November 2018, but I did not understand that I was also required to include it in this report. It is now listed as item 2 in Section IV. REIMBURSEMENTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon D. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544